**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**JIMMY CULBERT**                                                                   **PLAINTIFF**

**V.**                                                        **CAUSE NO. 3:14-CV-616-CWR-LRA**

**CHRISTOPHER B. EPPS**                                            **DEFENDANT**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson, which was entered on January 23, 2015. Docket No. 25. The Report and Recommendation clearly notified the parties that failure to file written objections to the findings and recommendations contained therein within fourteen (14) days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id.* at 6; *see also* Fed. R. Civ. P. 72(b)(2).

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, this case is dismissed with prejudice.

**SO ORDERED**, this the 17th day of February, 2015.

                                                                      s/ Carlton W. Reeves
                                                                      UNITED STATES DISTRICT JUDGE